UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Clinton Riley,

        Plaintiff(s),          Case No. 23-cv-12518

v.          Honorable Paul D. Borman

Rocket Mortgage, LLC,          Magistrate Judge Kimberly G. Altman

        Defendant(s).
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

      A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: October 5, 2023          s/Paul D. Borman
                                                                                    Paul D. Borman
                                                                                     U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Matthew F. Leitman.
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

      I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: October 5, 2023          s/N. Ahmed
                                                                                      Deputy Clerk